AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FUNK, JERRY A. | BANKRUPTCY COURT | 05/12/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| BANKRUPTCY JUDGE | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

300 NORTH HOGAN ST #4-104
JACKSONVILLE, FLORIDA 32202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 05/12/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Florida Bar | 08/29/14-09/01/14 | Naples, FL | Bankruptcy UCC Meeting | Transportation, Meals, Lodging |
| 2. | Northern District Florida Bankruptcy Bar Association | 09/18/14-09/19/14 | Destin, FL | Bankruptcy Meeting | Transportation, Meals, Lodging |
| 3. | The Florida Bar | 11/05/14-11/06/14 | Tampa, FL | Bankruptcy UCC Meeting | Transportation, Meals, Lodging |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alliance Bernstein Small Cap Value Fund Class C | A | Dividend | J | T | | | | | |
| 2. Alltel Corp. (common) | A | Dividend | L | T | | | | | |
| 3. Altria Group Inc. | A | Dividend | | | Sold | 01/17/14 | J | | |
| 4. Am South Bank of FLA IRA | A | Interest | J | T | | | | | |
| 5. Anonka Hennepin, Minn 4% 2-1-13 | A | Interest | K | T | | | | | |
| 6. AQR Managed Futures STR-I | B | Dividend | K | T | | | | | |
| 7. Artisan Intl FD▨ | B | Dividend | M | T | Buy | 10/22/14 | K | | |
| 8. ASG Global Alternatives-Y▨ | A | Dividend | | | Sold | 10/22/14 | J | B | |
| 9. AT&T Inc. | A | Dividend | J | T | | | | | |
| 10. Atlanta, GA WTR & WSTEWTR X | A | Interest | J | T | | | | | |
| 11. Barclays Bank PLC IPath Bloomberg Co | A | Dividend | L | T | Buy | 10/24/14 | J | | |
| 12. Berkshire Hathaway Inc. Class B | A | Dividend | J | T | | | | | |
| 13. Bond Fund of America | A | Interest | K | T | | | | | |
| 14. Calvert Capital Accum-I▨ | A | Dividend | K | T | Buy | 10/22/14 | K | | |
| 15. Chevron Texaco Corp | A | Dividend | J | T | | | | | |
| 16. Coca Cola (common) | D | Dividend | N | T | | | | | |
| 17. Dodge & Cox Int'l STK Fund #▨ | C | Dividend | M | T | Buy | 10/22/14 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Downtown Savannah ATH GA X | A | Interest | J | T | | | | | |
| 19. Dreyfus/Standish in T/E Bond | C | Dividend | M | T | Buy | 01/09/14 | M | | |
| 20. Dreyfus Prem Int'l FDS Inc Greater China Class A | A | Dividend | J | T | | | | | |
| 21. Driehaus Active Income Fund | B | Dividend | | | Sold | 10/22/14 | K | | |
| 22. Duke Energy Corp New | A | Dividend | J | T | | | | | |
| 23. Duval Farmers Credit Union | A | Interest | L | T | | | | | |
| 24. Euro Pacific Growth Fund - A | A | Dividend | J | T | | | | | |
| 25. Evergreen Core Equity Com STK FD | A | Interest | K | T | | | | | |
| 26. Evergreen Enhanced S&P 500 FD CL | A | Dividend | K | T | | | | | |
| 27. Evergreen Enhanced S&P FD CL 1 | A | Interest | J | T | | | | | |
| 28. Evergreen Equity TR SPL Values FD | A | Interest | J | T | | | | | |
| 29. Evergreen FDS Emerging MKTS Growth | A | Interest | J | T | | | | | |
| 30. Evergreen FDS FLA MUN BD PORT | A | Interest | J | T | | | | | |
| 31. Evergreen International Bond FD CL 1 | A | Dividend | J | T | | | | | |
| 32. Evergreen Large Cap Eq Fund | A | Dividend | J | T | | | | | |
| 33. Evergreen Large Cap Equity FD Class I | A | Interest | J | T | | | | | |
| 34. Evergreen Select Equity | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. First TR Exchange Traded FD VI | A | Dividend | J | T | | | | | |
| 36. FT Unit 726 DIV INC TR SER 3 | A | Dividend | J | T | | | | | |
| 37. Fulton Cnty GA DEV ATH X | A | Interest | J | T | | | | | |
| 38. General Electric Co | A | Dividend | J | T | | | | | |
| 39. Goldman Sachs LG CAP VAL FD CL 1 | A | Interest | K | T | | | | | |
| 40. Goldman Sachs L/C Value-I █ | B | Dividend | M | T | Buy | 10/22/14 | K | | |
| 41. Growth Fund of America | A | Interest | K | T | | | | | |
| 42. Harbor Capital Appr FD Inst CL | A | Interest | K | T | | | | | |
| 43. Harbor Capital Aprction-Inst █ | A | Dividend | M | T | Buy | 10/22/14 | K | | |
| 44. Hilliard Lyons Gov't Fund Inc. | A | Interest | J | T | | | | | |
| 45. Ing Int'l Real Estate | A | Dividend | K | T | | | | | |
| 46. Interlocal KY SCH DIST BD | A | Interest | K | T | | | | | |
| 47. IPath Dow Jones-UBS Comm. Index | A | Dividend | M | T | | | | | |
| 48. ISHARES DW JNS USRL EST | A | Dividend | J | T | | | | | |
| 49. ISHARES JP Morgan EM Bond ETF | A | Dividend | | | Sold | 01/13/14 | J | | |
| 50. ISHARES JP Morgan EM Bond FD | A | Dividend | | | Sold | 01/13/14 | J | | |
| 51. ISHARES Lehman Aggregate | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ISHARES MSCI EAFE Index | A | Dividend | J | T | | | | | |
| 53. ISHARES MSCI EAFE Fund | A | Dividend | K | T | | | | | |
| 54. ISHARES Russell Mid-Cap ETF | B | Dividend | L | T | | | | | |
| 55. ISHARES S & P 500 GRW FD | A | Dividend | J | T | | | | | |
| 56. ISHARES S & P VLU INDX | A | Dividend | J | T | | | | | |
| 57. ISHARES S & P M/C 400 GRW | A | Dividend | J | T | | | | | |
| 58. ISHARES S & P M/C VLU | A | Dividend | J | T | | | | | |
| 59. ISHARES S & P S/C 600 GRW | A | Dividend | J | T | | | | | |
| 60. ISHARES S & P S/C 600 VLU | A | Dividend | J | T | | | | | |
| 61. ISHARES TR MSCI Emerging | A | Dividend | J | T | | | | | |
| 62. ISHARES Trust DJ Select | A | Dividend | J | T | | | | | |
| 63. JP Morgan Alerian MLP Index | A | Dividend | J | T | | | | | |
| 64. Lake Central Ind Multi-District RFDG BD | A | Interest | J | T | | | | | |
| 65. Lazard Emerging Mkts Ptfl███ (X) | A | Dividend | K | T | | | | | |
| 66. Miami Dade Co FL 4% 11-1-14 | A | Interest | | | Matured | 11/01/14 | K | | |
| 67. Nevada State BD | A | Interest | K | T | | | | | |
| 68. Nuveen High Yield Muni BD-R███ | B | Dividend | | | Sold | 01/09/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Nuveen LTD Term Muni BD R 1671 | A | Dividend | K | T | Buy | 02/21/14 | K | | |
| 70. Oppenheimer Dev. Mkt-Y | A | Dividend | M | T | | | | | |
| 71. Oppenheimer Dev. Mkt- | A | Dividend | M | T | Buy | 01/09/14 | J | | |
| 72. Pequea Valley, PA 4.25% 2-1-16 | B | Interest | K | T | | | | | |
| 73. Philip Morris Intl Inc. | A | Dividend | J | T | Buy | 01/17/14 | J | | |
| 74. Pfizer Inc. | A | Dividend | J | T | | | | | |
| 75. Pimco Commodity Realreturn | A | Dividend | L | T | | | | | |
| 76. Pimco Emerging Markets Bond FD | A | Dividend | K | T | | | | | |
| 77. Pimco Emerg Mkts BD Inst | A | Interest | L | T | | | | | |
| 78. Pimco Emerg Mkts BD-Inst | D | Dividend | M | T | | | | | |
| 79. Pimco Foreign BD FD USD | A | Interest | K | T | | | | | |
| 80. Pimco Foreign BD FD USS Hedged Inst CL | A | Interest | K | T | | | | | |
| 81. Pimco Total Return ETF | A | Dividend | K | T | | | | | |
| 82. Pimco Total Return Fund Class B | A | Interest | J | T | | | | | |
| 83. Powershares FTSE RAFI | A | Dividend | K | T | | | | | |
| 84. Putnam Int'l Equity Fund Class A | A | Dividend | J | T | | | | | |
| 85. Ridgeworth FD-Midcap Val EQ I | A | Dividend | K | T | Buy | 10/22/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Robeco BP LNG/SHRT RES-INS | A | Dividend | L | T | Buy | 10/22/14 | L | | |
| 87. Smith Barney Money Market | A | Interest | J | T | | | | | |
| 88. Smith Barney Muni Funds FLA Portfolio Class A | A | Dividend | J | T | | | | | |
| 89. Southern Company | A | Dividend | J | T | | | | | |
| 90. SPDR Blackstone GSO Sen Loan | A | Dividend | K | T | | | | | |
| 91. SPDR EM Mkts Div ETF | A | Dividend | J | T | | | | | |
| 92. SPDR S&P Inter DVD ETF | A | Dividend | J | T | | | | | |
| 93. SPDR SSGA Multi-Asset Real RTN | A | Dividend | K | T | | | | | |
| 94. Sun Prarie, Wisc. 4% 2/1/15 | A | Interest | | | Sold | 02/01/14 | K | | |
| 95. TRowe Price Inst Float Rate | C | Dividend | L | T | | | | | |
| 96. T Rowe Price Real Estate FD | A | Dividend | L | T | | | | | |
| 97. T Rowe Price Real Estate FD | C | Dividend | M | T | | | | | |
| 98. Total S A Spon ADR | A | Dividend | J | T | | | | | |
| 99. Vanguard FTSE Emerging Markets Ref: 07705B60 | A | Dividend | K | T | | | | | |
| 100. Vanguard REIT ETF Ref: 07705861 | A | Dividend | K | T | | | | | |
| 101. Vanguard REIT ETF Ref: 20551E02 | A | Dividend | K | T | | | | | |
| 102. Vanguard Tax Exempt MMKT | A | Interest | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Virginia State HSG AUTH COMWLTH MTG SER | A | Interest | J | T | | | | | |
| 104. Wachovia | C | Interest | M | T | | | | | |
| 105. Wash. St. Real Estate, Jax, FL current value ($242,487) | D | Rent | M | W | | | | | |
| 106. Wells Fargo & Co. fka Wachovia Corp 2nd | A | Dividend | J | T | | | | | |
| 107. Wells Fargo Intl Adv Fund Is███ | A | Dividend | L | T | | | | | |
| 108. Wells Fargo Adv-Dis US CR-IS███ | B | Dividend | M | T | Buy | 10/22/14 | K | | |
| 109. Westport FDS Select CAP FD CL | A | Interest | K | T | | | | | |
| 110. Westport Select CAP FD-███ | A | Dividend | L | T | Buy | 02/21/14 | J | | |
| 111. Windstream | A | Dividend | J | T | | | | | |
| 112. Wisdom Tree Emrg Mkt Eqt Ref: 07705B62 | A | Dividend | K | T | | | | | |

| | | | |
|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The asset listed on Line 56 of my 2013 report, ISHARES S&P Mid-Cap 400 Growth, was bought on March 18, 2013 and sold on July 24, 2013. Therefore, it should not have been listed on my 2013 report. It is not listed on my 2014 report.

The asset listed on Line 57 of my 2013 report, ISHARES S&P Mid-Cap 400 Value, was bought on March 18, 2013 and sold on July 24, 2013. Therefore, it should not have been listed on my 2013 report. It is not listed on my 2014 report.

The asset listed on Line 60 of my 2013 report, ISHARES S&P 500 GRWTH INDEX, was bought on March 18, 2013 and sold on July 24, 2013. Therefore, it should not have been listed on my 2013 report. It is not listed on my 2014 report.

The asset listed on Line 61 of my 2013 report, ISHARES S&P 500 Value Index, was bought on March 18, 2013 and sold on July 24, 2013. Therefore, it should not have been listed on my 2013 report. It is not listed on my 2014 report.

The asset listed on Line 67 of my 2013 report, ISHARES S&P Small Cap 600 VAL, was bought on March 18, 2013 and sold on July 24, 2013. Therefore, it should not have been listed on my 2013 report. It is not litsted on my 2014 report.

The asset listed on Line 68 of my 2013 report, ISHARES Small Cap 600 Growth, was bought on March 18, 2013 and sold on July 24, 2013. Therefore, it should not have been listed on my 2013 report. It is not listed on my 2014 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JERRY A. FUNK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544